IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MICHAEL R. ROMERO,

    Petitioner,

vs.                                               No. CV 19-00081 WJ/KRS

STATE OF NEW MEXICO,

    Respondent.

## ORDER GRANTING LEAVE TO PROCEED UNDER 28 U.S.C. § 1915

**THIS MATTER** having come before the Court on the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed by Petitioner, Michael R. Romero, and the Court being fully advised;

**IT IS ORDERED** that the Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) filed by Petitioner, Michael R. Romero is **GRANTED**, and Petitioner may proceed without prepayment of costs or other fees or the necessity of giving security therefor.

_____
UNITED STATES MAGISTRATE JUDGE